IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL VAN NORTON CHAPMAN,

    Plaintiff,                      No. CIV S-05-0064 LKK DAD P

    vs.

DONALD C. BYRD, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        Recent court orders served on plaintiff at his address of record were returned by the postal service marked "Paroled." It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after these findings and recommendations are served, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to

1 Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
2 objections within the specified time may, under certain circumstances, waive the right to appeal
3 the District Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4 DATED: June 19, 2006.

                                  _____
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
chap0064.33a

2