1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SAMUEL VAN NORTON CHAPMAN,

11              Plaintiff,                    No. CIV S-05-0064 LKK DAD P

12         vs.

13    DONALD C. BYRD, et al.,

14              Defendants.              <u>ORDER</u>

15    _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19         On June 20, 2006, the magistrate judge filed findings and recommendations

20    herein which were served on plaintiff and which contained notice to plaintiff that any objections

21    to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22    objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.

25         Although it appears from the file that plaintiff's copy of the findings and

26    recommendations was returned to the court marked "Paroled," plaintiff was properly served.  It

1

1  is the plaintiff's responsibility to keep the court apprised of his current address at all times.

2  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully

3  effective.

4            Accordingly, IT IS HEREBY ORDERED that:

5            1.  The findings and recommendations filed June 20, 2006, are adopted in full;

6  and

7            2.  This action is dismissed without prejudice for plaintiff's failure to keep the

8  court apprised of his current address.

9  DATED:   August 23, 2006

10

11  _____

12  /chap0064.802            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26